ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 4:25-cr-103-Y |
| DRUE ALLEN HOLLIS (01) | |

## INDICTMENT

The Grand Jury charges:

At all times material to this Indictment:

### General Allegations

1. On or about April 10, 2024, defendant **Drue Allen Hollis** caused a "Request to File Civil Action," docketed as a Motion for Leave to File Civil Action, and a civil Complaint to be filed with the United States District Court Clerk, which was docketed as United States District Court case number 4:24-CV-00319-O. (Dkts. 1 and 2).

2. On or about April 26, 2024, a "Findings, Conclusions and Recommendation of the United States Magistrate Judge" was entered recommending that the assigned United States District Court Judge deny defendant **Drue Allen Hollis's** Motion for Leave to File Civil Action, and order that the Clerk administratively close the case. (Dkt. 8).

3. On or about May 22, 2024, the assigned United States District Court Judge entered an "Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge," and denied defendant **Drue Allen Hollis's** Motion for Leave to File a Civil Action. (Dkt. 11). The District Court Judge further ordered the Clerk to administratively close the case. (Dkt. 11).

Indictment—Page 1

4. On or about February 21, 2025, defendant **Drue Allen Hollis** caused a "Motion to Withdraw Funds from the Registry" to be filed, asking the Court to order the Clerk to "release the settlement funds held on behalf of movant Drue Hollis from the Registry of the Court in the total amount of: **$11,402,531.00**." (Dkt. 15).

5. On or about February 24, 2025, the assigned United States District Court Judge entered an Order denying defendant **Drue Allen Hollis's** "Motion to Withdraw Funds from the Registry." (Dkt. 16).

6. On or about February 26, 2025, defendant **Drue Allen Hollis** caused a "Motion to Vacate and Correct Award" to be filed, which was thereafter denied by the assigned United States District Court Judge. (Dkts. 17 and 18).

7. On or about March 4, 2025, defendant **Drue Allen Hollis** caused a second "Motion to Vacate and Correct Award" to be filed, which was thereafter denied by the assigned United States District Court Judge on March 5, 2025. (Dkts. 19 and 20).

8. On or about March 6, 2025, defendant **Drue Allen Hollis** caused an "Order to Vacate and Correct Award" to be filed that was purportedly signed by "Mark X. Mullin," as "Judge Presiding." (Dkt. 21).

<u>Count One</u>
Forgery of Signature of Judge of the United States
[Violation of 18 U.S.C. 505]

9. Paragraphs 1 through 8 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

10. Between on or about February 28, 2025 and March 6, 2025, in the Northern District of Texas and elsewhere, defendant **Drue Allen Hollis**, did knowingly forge the signature of Mark X. Mullin, a judge of the United States Bankruptcy Court for the Northern District of Texas, knowing such signature to be false and counterfeit and for the purpose of authenticating a document—specifically, the "Order to Vacate and Correct Award" filed on March 6, 2025, in Case No. 4:24-CV-00319-O (N.D. Tex.).

In violation of 18 U.S.C. § 505.

A TRUE BILL

*Suzanne Chatham*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600, Fax: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov

DOUGLAS B. BRASHER
Assistant United States Attorney
Texas Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600, Fax: 214-659-8805
Email: Douglas.Brasher@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

**DRUE ALLEN HOLLIS (01)**

INDICTMENT

18 U.S.C. § 505
Forgery of Signature of Judge of the United States
(Count 1)

1 Count

| A true bill rendered | *Suzanne Chatham* |
|---|---|
| DALLAS | FOREPERSON |

Filed in open court this 15th day of April, 2025.

Defendant in Federal Custody since 3/26/2025 at Limestone County.

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:25-MJ-197